Brenna E. Erlbaum (SBN: 296390)
Brian Heit (SBN: 302474)
**HEIT ERLBAUM, LLP**
6320 Canoga Avenue, 15th Floor
Woodland Hills, CA 91367
[phone]: (805) 231.9798
Brenna.Erlbaum@HElaw.attorney
Brian.heit@HElaw.attorney
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

MALIBU MEDIA, LLC,

               Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
98.248.49.36,

               Defendant.

Case Number: 3:15-cv-05413-WHA

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS AMENDED COMPLAINT, SUMMONS AND RETURN OF SERVICE UNDER SEAL**

      THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to File its Amended Complaint, Summons and Return of Service under seal (the "Motion")**,** and the Court being duly advised in the premises does hereby:

      ORDER AND ADJUDGE: Plaintiff's Motion is granted.  Plaintiff is permitted to file its amended complaint, summons and return of service under seal.

      SO ORDERED this ___ day of _____, 2016

By:_____
      **UNITED STATES DISTRICT JUDGE**