IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.248.49.36,<br><br>    Defendant.<br>_____ / | No. C 15-05413 WHA<br><br>**ORDER GRANTING SEALING MOTION** |

   Plaintiff has moved to file under seal its amended complaint, proposed summons and return of service (Dkt. No. 16). Plaintiff's motion is hereby **GRANTED**. Plaintiff received defendant's identifying information from Comcast on March 14 (Dkt. No. 15). Pursuant to the order regarding plaintiff's proposed procedure for effectuating service, the deadline to serve defendant is **APRIL 18** (Dkt. No. 10).

   **IT IS SO ORDERED.**

Dated:   March 21, 2016.

                                                        _____
                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE