IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIBU MEDIA, LLC,

    Plaintiff,

  v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 98.248.49.26

    Defendant.

No. C 15-05413 WHA

**ORDER EXTENDING DEADLINE TO SERVE DEFENDANT**

    Malibu Media began its efforts to serve defendant on April 4, just two weeks before the deadline to serve the defendant. Malibu Media now seeks to extend the deadline to serve defendant, contending that defendant is dodging service. Malibu Media shall have until **MAY 9** to serve defendant.

    **IT IS SO ORDERED.**

Dated: April 20, 2016.

                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE